# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 20-50351

In re: Sherman Fields _____ vs. _____

(Short Title)

The Clerk will enter my appearance as Counsel for Sherman Lamont Fields _____

_____

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** [✓] Petitioner(s) [ ] Respondent(s) [ ] Amicus Curiae

[ ] Appellant(s) [ ] Appellee(s) [ ] Intervenor

[✓] I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Florence Italia Patti _____ italia_patti@fd.org _____

(Signature)                            (e-mail address)

Florence Italia Patti _____ Indiana 34725-02 _____

(Type or print name)                    (State/Bar No.)

_____ [ ] Male [✓] Female

(Title, if any)

Indiana Federal Community Defenders _____

(Firm or Organization)

Address _____ 111 Monument Circle, Suite 3200 _____

City & State Indianapolis, IN _____ Zip 46204 _____

Primary Tel. 317-383-3520 _____ Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Victoria Bailey Casanova _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

N/A _____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

[✓] Yes [ ] No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

[ ] Yes [✓] No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

[ ] Yes [✓] No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Yes, 2255 _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

This is a motion for authorization to file a second or successive 2255 in light of United States v. Davis, and I believe there are a number of cases involving that issue. _____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED February 2017