# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 15, 2020

Mr. Zachary Carl Richter
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
334
Austin, TX 78701

    No. 20-50351    In re: Sherman Fields

Dear Mr. Richter,

The court request a response/opposition to the motion for authorization to file a successive petition. The response/opposition is due 30 days from this date, or, by July 15, 2020.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Monica R. Washington, Deputy Clerk
    504-310-7705

cc:  Ms. Victoria Bailey Casanova
    Ms. Florence Italia Patti