No. 20-50351

---

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

IN RE SHERMAN FIELDS,

Movant.

---

CAPITAL CASE

MOTION TO WITHDRAW APPEARANCE OF VICTORIA BAILEY
CASANOVA AND TO DESIGNATE FLORENCE ITALIA PATTI AS
LEAD COUNSEL FOR MR. FIELDS

---

Victoria Bailey Casanova
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520
victoria_casanova@fd.org

Attorney Victoria Bailey Casanova, counsel for Sherman Fields, respectfully moves the Court to withdraw her appearance as counsel for Mr. Fields and requests that the docket in this case reflect that Attorney Florence Italia Patti is now lead counsel for Mr. Fields. In support of her motion, Attorney Casanova respectfully informs the Court as follows:

1.    On July 16, 2019, the United States District Court for the Southern District of Indiana appointed the Indiana Federal Community Defenders Office ("IFCD") to represent Mr. Fields in proceedings filed pursuant to 28 U.S.C. § 2241.

2.    Attorneys from the IFCD have represented Mr. Fields since that time.

3.    On April 30, 2020, Mr. Fields filed his Motion for Authorization to file a Successive § 2255 Motion with this Court.

4.    Attorney Casanova filed her appearance with this Court on May 1, 2020, designating herself as Mr. Fields' lead counsel.

5.    Attorney Patti also filed her appearance as counsel for Mr. Fields on May 1, 2020.

6.    Mr. Fields' Motion for Authorization to file a Successive § 2255 Motion is pending and the Government has been ordered to file its Response by July 15, 2020.

7.    Attorney Casanova is leaving her position with the IFCD effective July 1, 2020 and respectfully moves to withdraw her appearance as counsel for Mr. Fields.

8.    Additionally, Attorney Casanova respectfully moves the Court to instruct the Clerk to designate Attorney Patti for Mr. Fields.

9.    Jean Giles, another IFCD attorney will be filing an appearance on Mr. Fields' behalf and to serve as Attorney Patti's co-counsel.

10.    Attorney Casanova has spoken with Mr. Fields regarding the information set out herein and informed him that she will be moving the Court for leave to withdraw her appearance.

WHEREFORE, for all the forgoing reasons, Attorney Victoria Bailey Casanova respectfully moves the Court to withdraw her appearance as counsel for Mr. Fields and requests that the docket in this case reflect that Attorney Florence Italia Patti is now lead counsel for Mr. Fields.

Respectfully submitted,

s/ Victoria Bailey Casanova
Victoria Bailey Casanova
INDIANA FEDERAL COMMUNITY
DEFENDERS
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520
victoria_casanova@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I filed this Motion to Withdraw Appearance using the CM/ECF system, that Assistant United States Attorney Zachary Richter was served with a copy of this Motion through the CM/ECF system and, further, that Sherman Fields was served with a copy of this Motion via U.S. Mail, first class postage prepaid, to Mr. Sherman Fields #15651-180, U.S. Penitentiary SCU-FCC, P.O. Box 33, Terre Haute, IN 47808.

s/ Victoria Bailey Casanova
Victoria Bailey Casanova