IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-50351
_____

In re:  SHERMAN LAMONT FIELDS,

Movant

_____

Motion for an order authorizing
the United States District Court for the
Western District of Texas to consider
a successive 28 U.S.C. § 2255 motion

_____

O R D E R:

IT IS ORDERED that the motion of attorney Victoria Bailey Casanova to withdraw as counsel and designate Florence Italia Patti as lead counsel is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT