# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50351   Sherman Fields

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Ms. Victoria Bailey Casanova
Mr. Joseph H. Gay Jr.
Ms. Florence Italia Patti
Mr. Zachary Carl Richter