# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 20-50351   Sherman Fields

Dear Ms. Clack,

Enclosed is a certified copy of the opinion issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Monica R. Washington, Deputy Clerk
        504-310-7705

Enclosure(s)

cc:  Mr. Joseph H. Gay Jr.
     Ms. Jean Elizabeth Giles
     Ms. Florence Italia Patti
     Mr. Zachary Carl Richter